IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH RIAD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE UNITED STATES OF AMERICA | : | NO. 11-7777 |

FILED
DEC 28 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER

AND NOW, upon consideration of the application of Albert M. Iacocca to practice in this Court (Docket No. 2), IT IS HEREBY ORDERED that the motion is DENIED without prejudice.

Local Rule 83.5(a) provides that a member in good standing of the bar of the Supreme Court of Pennsylvania may apply to be admitted generally as an attorney of this Court by a verified application, payment of a fee, and "upon motion of a member of the bar of this Court." Similarly, pursuant to Local Rule 83.5.2(b) (so-called "pro hac vice" admission), an attorney who is not a member of the bar of this Court may apply to participate in a case as associate counsel in a verified application, accompanied by payment of a fee, and "upon motion a member of the bar of this Court."

The instant application is styled as one to practice in this Court pursuant to Local Rule 83.5.2(b), but also avers that the applicant is admitted to practice in the state of Pennsylvania.

Still, the instant application does not contain a

motion of a member of the bar of this Court.

The Clerk of Court is directed to send a copy of this Order to the applicant at the following address:

> Albert M. Iacocca
> 32 S. Church Street
> West Chester, PA 19382-3221

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.

12/28/11 mail:
Iacocca Read