IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH RIAD, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 11-cv-7777 |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of defendant United States of America in the above-captioned civil Federal Tort Claims Act suit.

_____ GBS3408
Gerald B. Sullivan
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8786
(215) 861-8618 (fax)
PA I.D. No. 57300

Dated: December 30, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Entry of Appearance to be served by first-class United States mail, postage prepaid, upon the following:

>Albert M. Iacocca, Esquire
>Iacocca Law
>32 S. Church Street
>West Chester, PA 19382

>_____ GBS3408
>Gerald B. Sullivan
>Assistant United States Attorney

Dated: December 30, 2011