APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Joseph Riad | : | CIVIL ACTION |
| | : | |
| v. | : | |
| The United States of America | : | |
| | : | NO. 11-7777 |

ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Albert M. Iacocca</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 88811-7777

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Albert M. Iacocca_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Pennsylvania | 05/09/2008 | 207404 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

**FILED**
JAN 3 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for     Joseph Riad

_____
(Applicant's Signature)

12/29/2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

32 S. Church Street  West Chester, PA 19382-3221

610.696.1255 - office

888.573.2470 - fax

Sworn and subscribed before me this

____ Day of December, 2011

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Samuel W. Rump, Notary Public
West Chester Boro, Chester County
My Commission Expires May 7, 2014
Member, Pennsylvania Association of Notaries

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Albert M. Iacocca___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Eric Trajtenberg | [signature] | 11/04/2008 | 204164 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

32 S. Church Street  West Chester, PA 19382-3221

610.696.8344

FILED
JAN -3 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Sworn and subscribed before me this
___ Day of December, 2011

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Samuel W. Rump, Notary Public
West Chester Boro, Chester County
My Commission Expires May 7, 2014
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Joseph Riad | : | CIVIL ACTION |
| | : | |
| v. | : | |
| The United States of America | : | |
| | : | NO. 88811-7777 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Albert M. Iacocca___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

US Attorney's Office

615 Chestnut Street - Suite 1250

Philadelphia, PA 19106

FILED
JAN -3 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

_____
Signature of Attorney

Albert M. Iacocca
Name of Attorney

Eric Trajtenberg
Name of Moving Party

12/29/2011
Date