```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH RIAD                    :    CIVIL ACTION
                               :
          v.                   :
                               :
UNITED STATES OF AMERICA       :    NO. 11-7777
```

## ORDER

AND NOW, this 22nd day of March, 2012, upon consideration of the defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment (Docket No. 9), the plaintiff's opposition thereto, the defendant's brief in reply, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED. The plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the conference scheduled for March 29, 2012 is CANCELED. This case is closed.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.